CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 03 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SHENANDOAH VALLEY NETWORK, ET AL., | CIVIL ACTION NO. 3:07-CV-00066 |
| *Plaintiffs,* | |
| v. | ORDER |
| J. RICHARD CAPKA, ET AL., | |
| *Defendants.* | JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' motion for summary judgment (docket no. 64) is hereby GRANTED, Plaintiffs' motion for summary judgment (docket no 59) is DENIED, and the case is STRICKEN from the active docket of the Court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

Entered this 3rd day of September, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE